UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON ATLEE PARSONS,

Petitioner,

v.

WILLIAM KNIPP, Warden,

Respondent.

Case No.  14-cv-04833-HSG (PR)

**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION; DENYING MOTION FOR COUNSEL**

Re: Dkt. Nos. 15, 16, 17

Good cause appearing, Petitioner's request for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED.  Petitioner shall file his opposition no later than **May 25, 2015**.  Respondent shall file his reply no later than **fourteen (14)** days after the date of service of the opposition.

Petitioner has also filed a motion for appointment of counsel.  The Sixth Amendment's right to counsel does not apply in habeas actions.  Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986).  Pursuant to statute, however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."  See 18 U.S.C. § 3006A(a)(2)(B). Here, Petitioner's claims have been adequately presented in the petition, and the interests of justice do not otherwise require the appointment of counsel.  Accordingly, Petitioner's motion for appointment of counsel is DENIED.  Should the circumstances of the case materially change, the Court may reconsider Petitioner's request sua sponte.

This order terminates Docket Nos. 15, 16, and 17.

**IT IS SO ORDERED.**

Dated:  4/20/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California