UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM KNIPP, Warden,<br><br>　　　　Respondent. | Case No.  14-cv-04833-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 20 |

　　GOOD CAUSE APPEARING, Respondent's application for an extension of time to file a reply to Petitioner's opposition to Respondent's motion to dismiss is GRANTED.  Respondent shall file his reply by **July 10, 2015**.

　　This order terminates Docket No. 20.

　　**IT IS SO ORDERED.**

Dated: 6/2/2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge