UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP, Warden,<br><br>    Respondent. | Case No. 14-cv-04833-HSG (PR)<br><br>**ORDER DENYING MOTION FOR COUNSEL**<br><br>Re: Dkt. No. 28 |

Petitioner has filed a motion for appointment of counsel. This is petitioner's second such request. For the reasons given in the Court's April 20, 2015 order, petitioner's renewed request is DENIED. Should the circumstances of the case materially change, the Court may reconsider petitioner's request sua sponte.

Petitioner has also notified the Court that he did not receive a copy of the Court's October 27, 2015 order denying without prejudice respondent's motion to dismiss. According to the certificate of service, the Clerk's office sent the order to the wrong P.O. Box. To ensure that plaintiff has a complete record, the Clerk shall send petitioner a copy of the docket sheet in this action along with a copy of all orders issued by the Court in this action.

This order terminates Docket No. 28.

**IT IS SO ORDERED.**

Dated: 1/22/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge