UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM KNIPP, Warden,<br><br>Respondent. | Case No. 14-cv-04833-HSG (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL; VACATING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 42 |

Petitioner has filed a motion for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). Pursuant to statute, however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." *See* 18 U.S.C. § 3006A(a)(2)(B). Here, Petitioner's claims have been adequately presented in the petition, and the interests of justice do not otherwise require the appointment of counsel. Accordingly, Petitioner's motion for appointment of counsel is DENIED. Should the circumstances of the case materially change, the Court may reconsider Petitioner's request sua sponte.

The briefing schedule set forth in the Court's April 26, 2017 order is VACATED. The Court will issue new instructions for the filing of the Answer and Traverse after ruling on Respondent's motion for leave to file a motion for reconsideration.

This order terminates Docket No. 42.

**IT IS SO ORDERED.**

Dated: 5/25/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge