UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON ATLEE PARSONS,

    Petitioner,

v.

JOE LIZARRAGA, Warden,

    Respondent.

Case No. 14-cv-04833-HSG (PR)

**ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO FILE MOTION FOR RELIEF FROM JUDGMENT**

Re: Dkt. Nos. 46, 47, 48

Petitioner's motion for leave to file a motion for relief from judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure (dkt. no 46) is DENIED as there has been no final judgment in this action. Petitioner's supporting supplement (dkt. no. 47) and motion to supplement (dkt. no. 48) are also DENIED. To the extent petitioner seeks reconsideration of the Court's August 1, 2017 order staying proceedings, petitioner has not shown good cause for reconsideration. The stay was imposed pending decision by the California Supreme Court relating to the timeliness of the petition, while the instant motions appear to address the underlying merits of the petition.

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk is directed to substitute Warden Joe Lizarraga, the warden of Mule Creek State Prison (where petitioner is incarcerated), on the docket as the respondent in this action.

This order terminates dkt. nos. 46, 47, and 48.

**IT IS SO ORDERED.**

Dated: 10/4/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge