UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZARRAGA, Warden,<br><br>　　　　Respondent. | Case No. 14-cv-04833-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order Dismissing Action without Prejudice, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:　5/21/2018

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge