United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA, Warden,<br><br>Respondent. | Case No. 14-cv-04833-HSG (PR)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 70 |

For the reasons given in the Court's May 21, 2018 Order of Dismissal, Petitioner's request for a certificate of appealability is DENIED. *See* Dkt. No. 68 at 3. The Clerk shall forward this order to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

This order terminates Docket No. 70.

**IT IS SO ORDERED.**

Dated: 6/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge