**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON ATLEE PARSONS )<br>Petitioner-Appellant, )<br>)<br>vs )<br>JOE A. LIZARRAGA, )<br>Respondent- Appellee. ) | U.S.C.A. No.: 18-16149<br>U.S.D.C. No.: CV-14-04833-HSG<br><br>ORDER RE: CJA APPOINTMENT<br>OF AND AUTHORITY TO PAY<br>COURT APPOINTED COUNSEL<br>ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the appellant is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant.

Vicki Marolt Buchanan
19201 Sonoma Highway, #243
Sonoma, CA 95476-5413
(707) 343-1907
vickimaroltbuchananpc@gmail.com

_____
Appointing Judge: Hon. Judge Gilliam

1/31/2019                        January 29, 2019
Date of Order                    Nunc Pro Tunc Date