UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>    Plaintiff,<br><br>v.<br><br>JOE LIZARRAGA,<br><br>    Defendant. | Case No. 14-cv-04833-HSG<br><br>**ORDER GRANTING REQUEST TO WITHDRAW**<br><br>Re: Dkt. Nos. 83, 85 |

Good cause shown, the Court GRANTS the motions to withdraw filed by appellate counsel, Vicki Marolt Buchanan. On January 31, 2019, Ms. Buchanan was appointed to handle Petitioner's appeal to the United States Court of Appeals, Ninth Circuit. Dkt. No. 76. On March 30, 2020, the Court of Appeal affirmed this Court's dismissal of the petition as untimely. Dkt. No. 77. The Court of Appeal's mandate issued on April 21, 2020. Dkt. No. 78. The purpose of Ms. Buchanan's appointment has been completed. IT IS THEREFORE ORDERED that Vicki Marolt Buchanan be removed as the counsel of record and the person to be noticed on behalf of Aaron Atlee Parsons.

This order terminates Dkt. Nos. 83, 85.

**IT IS SO ORDERED.**

Dated: 9/27/2022

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge